# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARCIA BURRELL,<br><br>    Plaintiff,<br><br> -v-<br><br>UNITED COLLECTION BUREAU, INC.<br><br>    Defendant. | Civil Action No. 2:17-cv-11880<br><br>**Hon. Robert H. Cleland**<br>**Hon. Anthony P. Patti** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiff Marcia Burrell ("Plaintiff"), by counsel, and Defendant United Collection Bureau, Inc. ("UCB"), by counsel, and upon their stipulation and agreement to dismiss, with prejudice, the above-entitled action;

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and UCB, it be and hereby is

**ORDERED**, **ADJUDGED** and **DECREED** that the above-entitled action is hereby DISMISSED WITH PREJUDICE, and without attorney's fees and costs against any party.

  **SO ORDERED**

               S/Robert H. Cleland
              ROBERT H. CLELAND
              UNITED STATES DISTRICT JUDGE

34351788v1

Dated: April 5, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 5, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

| /s/ Joseph C. Hoeffel | /s/ Ethan G. Ostroff |
|---|---|
| KIMMEL & SILVERMAN, P.C. | TROUTMAN SANDERS LLP |
| 30 East Butler Pike | 222 Central Park Ave, Suite 2000 |
| Ambler, PA  19002 | Virginia Beach, VA 23462 |
| Tel: (215) 648-3452 | Tel: (757) 687-7541 |
| Fax: (877) 788-2864 | Fax: (757) 687-1524 |
| Email: jhoeffel@creditlaw.com. | Email: ethan.ostroff@troutman.com. |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2018 the foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* was filed using the Court's electronic filing system, which will send notice to all counsel of record.

    /s/Joseph C. Hoeffel

34351788v1